Donald A. Robinson
Leda Dunn Wettre
ROBINSON WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: (973) 690-5400
*drobinson@rmwlegal.com*
*lwettre@rmwlegal.com*

James D. Weinberger
Giselle C. Woo
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900
*jweinberger@frosszelnick.com*
*gwoo@frosszelnick.com*

Attorneys for Plaintiffs Ernst Mühlbauer
   GmbH & Co., DMG Dental-Material GmbH
   & DMG America, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERNST MÜHLBAUER GMBH & CO., DMG DENTAL-MATERIAL GMBH & DMG AMERICA, LLC,<br><br>                    Plaintiffs,<br><br>         v.<br><br>GEODIGM CORPORATION,<br><br>                    Defendant. | **Case No:** _____<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs hereby certifies, based on information and belief available to them as of the date below, that:

(a)     plaintiff Ernst Mühlbauer GmbH & Co. has no parent corporation and there is no publicly held corporation owning 10% or more of its stock;

(b)     plaintiff DMG Dental-Material GmbH has no parent corporation and there is no publicly held corporation owning 10% or more of its stock; and

(c)     plaintiff DMG America, LLC has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

DATED:  March 22, 2010

ROBINSON WETTRE & MILLER LLC
One Newark Center
Newark, NJ 07102
(973) 690-5400
*lwettre@rwmlegal.com*

By: *s/Leda Dunn Wettre*
    Leda Dunn Wettre

-and-

James D. Weinberger
Giselle C. Woo
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900
*jweinberger@frosszelnick.com*
*gwoo@frosszelnick.com*

Attorneys for Plaintiffs