**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Honorable  Patty Shwartz                                          U.S. Post Office & Courthouse Bldg.
United States Magistrate Judge                                    Federal Square, Newark, NJ  07101
                                                                       (973) 645-6596


March 26, 2010

LETTER

RE:     ERNST MUHLBAUER GMBH v. GEODIGM CORP.
        Civil Action No. 10-1463(KSH)

Dear Litigants:

        I have been assigned case management responsibilities in the above-referenced matter.   This letter is intended to advise you of some requirements established for the early stages of the litigation.

        First, please provide my Chambers with the names and addresses of all attorneys involved in this case, when such information is available to you, and  immediately supply a copy of this letter to your adversaries.

        Second, Rule 4(m) of the Federal Rules of Civil Procedure  requires that you serve a copy of the Summons and Complaint upon your adversaries within 120 days of the date of filing the Complaint. Otherwise, the action will be terminated.

        Third,  L. Civ. R. 26.1(b) requires counsel to confer and to submit a joint discovery plan before the initial conference, which will be scheduled as soon as one or more parties are joined.  Scheduling of all motions will be addressed at the Rule 16 conference.  Prior to that time, no motions, including motions to dismiss or motions to transfer, shall be filed without leave of Court.

         Fourth, I draw counsel's attention to the voluntary disclosures mandated by Fed. R. Civ. P. 26(a).  No other discovery shall be conducted until further Order of the Court.

        Fifth, the Court has implemented an electronic case filing system for all documents filed with the Clerk of the Court.  Electronic case filing is mandatory for all cases except those involving a pro se litigant. Registration forms, on-line training, policies and procedures can be obtained from the Clerk's Office or the website: pacer.njd.uscourts.gov.  On-site training is also available and can be arranged by contacting (973) 645-4439.  Orders will be electronically filed. Paper copies will be provided to pro se litigants. Registered counsel will be notified when an order is filed but are responsible for retrieving and reviewing the contents.

        Sixth, if a party intends to submit an application to admit pro hac vice counsel, then the party shall follow the requirements of L.Civ.R. 101.1(c) and submit a certification that states local counsel: (1) is a member of the New Jersey bar in good standing,(2) will be responsible for the conduct of the pro hac vice counsel and the cause, (3) will sign all pleadings and submissions and make all court appearances, and (4) will ensure that pro hac vice counsel will comply with L.Civ.R. 101.1(c).  The certification shall also state whether or not the applicant has received the consent of opposing counsel.  The certification of proposed pro hac vice counsel shall include said counsel's actual signature and state that counsel: (1) is a member of a bar in good standing, (2) will submit to this Court's jurisdiction for discipline, (3) will pay the Clerk's fee, (4) will make payment to the client fund; and (5) will abide by Local Civil Rule 101.1(c).

        Finally, all counsel are expected and required to be in Court on time and ready to proceed for all scheduled proceedings.

        If you have any questions regarding any of these matters, please contact my Deputy Clerk, Amy Andersonn at (973) 645-3715.


Very truly yours,


s/Patty Shwartz

**United States Magistrate Judge**